**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

WILLIAM DIAZ,

           Defendant.

No. 24 Civ. 4744 (LJL)

**JUDGMENT**

---

IT IS HEREBY ORDERED, ADJUDGED, and DECREED, as follows:

1. Plaintiff, the United States of America (the "United States"), shall have judgment against defendant, William Diaz ("Diaz"), for unpaid federal income taxes for tax years 2013 through 2018, in the total amount, including penalties, interest, and statutory additions computed through and including June 3, 2024, of $139,687.94, and any interest and statutory additions accruing thereafter up to the date that full payment is made, and the United States shall have execution therefor.

2. The United States shall be permitted to file this judgment in any and all counties in which Diaz resides or owns any real or personal property, and such filing shall be a lien on such property.

3. After Diaz has fully paid the Settlement Amount described in Paragraphs 2 and 5 of the Stipulation and Order of Settlement, the United States shall, upon request from Diaz, file with the Clerk of Court and mail to Diaz, through his counsel, a satisfaction of judgment.

SO ORDERED:

_____    Dated: \_\_October 10, 2024_____
HON. LEWIS J. LIMAN
United States District Judge